No. 00–10174.  JOHNSON *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 00–10175.  EVERIDGE *v.* CAIN, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 00–10176.  EVICCI · *v.* MALONEY, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL.  C. A. 1st Cir. Certiorari denied.

No. 00–10179.  RIVERA *v.* PARTIDA ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–10180.  BURTON *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Va.  Certiorari denied.

No. 00–10181.  SANTOS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 00–10182.  ORTA *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 4th Cir.  Certiorari denied.

No. 00–10184.  JACKSON *v.* MOSCICKI ET AL.  C. A. 2d Cir. Certiorari denied.

No. 00–10185.  LOUIS *v.* ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 00–10187.  ARMSTRONG *v.* ARTEAGA.  C. A. 9th Cir.  Certiorari denied.

No. 00–10189.  BROWN *v.* SOUTH CAROLINA.  Ct. App. S. C. Certiorari denied.

No. 00–10199.  FOGGY *v.* ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 00–10200.  GREEN *v.* SOUTH CAROLINA.  Ct. Common Pleas of Orangeburg County, S. C.  Certiorari denied.

No. 00–10201.  GLOVER *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.